UNITED STATES of America,
Plaintiff—Appellee,

v.

Eduardo SUAREZ–ROCHA,
Defendant—Appellant.

No. 01–10207.

D.C. No. CR–00–00290–HDM/RJJ.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 5, 2001 *.

Decided Nov. 14, 2001.

---

---

Before KLEINFELD, McKEOWN and FISHER Circuit Judges.

MEMORANDUM **

Eduardo Suarez–Rocha appeals the 64–month sentence imposed following his guilty plea to unlawful reentry of a deported alien after conviction in violation of 8 U.S.C. § 1326. Suarez–Rocha contends that in light of *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), the district court erred in imposing a sentence in excess of the two-year maximum set forth in 8 U.S.C. § 1326(a) based upon a prior felony which was not pled in the indictment, to which he did not admit at his change of plea hearing, and which was not submitted to a jury and proven beyond a reasonable doubt. Suarez–Rocha is correct that this court has specifically rejected the contention that *Apprendi* has overruled *Almendarez–Torres v. United States*, 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998) (holding that 8 U.S.C. § 1326(b)(2) is a sentencing factor and not a separate offense). Sua-

---

* This panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

rez–Rocha's arguments are foreclosed under *United States v. Pacheco–Zepeda,* 234 F.3d 411 (9th Cir.2000), *cert. denied,* 532 U.S. 966, 121 S.Ct. 1503, 149 L.Ed.2d 388 (2001).

.AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.